# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

Peter Jason Helfrich,

    Plaintiff,

v.

Sharon Wherley, et al.,

    Defendants.

Case No. 2:21-cv-02009-GMN-BNW

**REPORT AND RECOMMENDATION**

    The Court previously screened Plaintiff's complaint, dismissed Plaintiff's complaint without prejudice, and ordered Plaintiff to file an amended complaint (if he so chose). *See* ECF No. 13. Plaintiff was given until February 15, 2022 to amend his complaint. *Id.* The Court advised Plaintiff that if he did not file an amended complaint by this date, the Court would recommend that this case be dismissed. *Id.* Plaintiff did not file an amended complaint or seek an extension of time to do so.

    IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice and this case closed.

## NOTICE

    This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

    DATED: February 25, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE