**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PETER HELFRICH,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　) 　　Case No.: 2:21-cv-02009-GMN-BNW
　　vs.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　**ORDER**
SHARON WHERELY, *et al.*,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

　　　　Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brenda Weksler, (ECF No. 18), which recommends that the underlying case be dismissed without prejudice.

　　　　A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

　　　　Here, no objections were filed, and the deadline to do so, March 11, 2022, has passed. (*See* Report and Recommendation, ECF No. 18).

1   Accordingly,

2   **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 18), is

3   **ACCEPTED AND ADOPTED in full**.

4   **IT IS FURTHER ORDERED** that the case is **DISMISSED without prejudice**. The

5   Clerk of Court shall close the case accordingly.

6   **DATED** this __13__ day of March, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court